IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRED EDWARD ROSS                                                    PLAINTIFF

v.                          CIVIL NO. 6:25-cv-06117-MEF

FRANK BISIGNANO, Commissioner.[1]
Social Security Administration                                      DEFENDANT

**MEMORANDUM OPINION**

James Cornelison ("Plaintiff") brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for disability benefits.  (ECF No. 2).  This matter is presently before the undersigned by consent of the parties.  (ECF No. 5).

In lieu of an answer, the Commissioner filed the Social Security Transcript on January 21, 2026, asserting that the findings of the Commissioner were supported by substantial evidence and were conclusive.  (ECF No. 6).  *See* FED. R. CIV. P. SUPP SS RULE 4.  On April 13, 2026, having changed positions, the Commissioner filed an unopposed motion requesting that Plaintiff's case be remanded pursuant to "sentence four" of section 405(g) to conduct further administrative proceedings.  (ECF Nos. 11).

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g).  A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency.  The Fourth sentence

---

[1] Frank Bisignano was sworn in to serve as Commissioner of the Social Security Administration on May 7, 2025, and in his official capacity is substituted as defendant.  *See* Fed. R. Civ. P. 25(d).

of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993). The Supreme Court has held that a remand for further administrative proceedings, such as the remand requested here, is a sentence four remand within the meaning of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89, 99-100 (1991).

Accordingly, the Defendant's Unopposed Motion to Remand is hereby granted, and the case remanded to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 17th day of April 2026.

/s/ Mark E. Ford

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

2